**Docket # 12**

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| TRUSTEES OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE HEALTH AND WELFARE FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> OAK HRC STATESMAN, LLC a/k/a STATESMAN HEALTH AND REHABILITATION CENTER, <br><br> Defendant. | Civ. No. 19-13590(RMB/KMW) <br><br> **ORDER** |

This matter comes before the Court upon Plaintiff's Motion for Default Judgment [Dkt. No. 12].

"[B]efore granting a default judgment, the Court must determine (1) whether there is sufficient proof of service, (2) whether a sufficient cause of action was stated, and (3) whether default judgment is proper." Gerber v. A&L Plastics Corp., 2020 U.S. Dist. LEXIS 13406, at *2 (D.N.J. Jan. 23, 2020) (quoting Teamsters Health & Welfare Fund of Phila. & Vicinity v. Dublin Paper Co., No. 11-7137, 2012 U.S. Dist. LEXIS 102652, 2012 WL 3018062, at *2 (D.N.J. July 24, 2012). Whether default judgment is proper depends on (1) whether a plaintiff will be prejudiced if default is not granted, (2) whether a

defendant has a meritorious defense, and (3) whether the defendant's delay is the result of culpable misconduct. <u>Verizon Emple. Benefits Comm. v. Baldino,</u> 2020 U.S. Dist. LEXIS 104185, at *7 (D.N.J. Jan. 15, 2020) (<u>quoting</u> <u>Chamberlain v. Giampapa</u>, 210 F.3d 154, 164 (3d Cir. 2000)).

Plaintiffs state in their Notice of Motion that "[n]o brief is necessary as the issues herein are straightforward."  As set forth above, the Court must consider several factors before entering a default judgment.  Indeed, <u>Chamberlain</u> stands for the proposition that a plaintiff is not entitled to default judgment as a matter of course, or as a matter of right, merely upon a defendant's failure to answer or otherwise defend a suit.  Accordingly, the Court will not consider Plaintiff's motion absent an analysis of the <u>Chamberlain</u> factors.

THEREFORE, IT IS on this __**6th**__ day of __**July, 2020**__,

hereby:

**ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED WITHOUT PREJUDICE** to Plaintiff's right to file a renewed Motion for Default Judgment accompanied by a brief that discusses and applies the <u>Chamberlain</u> factors.

_/s/ Renée Marie Bumb_
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE